UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERARDO P. ROSAS, | ) | No. CV 10-1169-GAF (AGR) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| S. GARCIA, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: April 18, 2012

_____
GARY A. FEESS
United States District Judge